UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STITCH FIX, INC.,<br><br>        Defendant. | Case No. 24-cv-02658-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant Stitch Fix, Inc.'s Motion to Compel Arbitration and Dismiss Action. ECF No. 8. Plaintiff Chloe Anderson has failed to file an opposition in compliance with Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the June 13, 2024 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be compelled to arbitration. Plaintiff shall file a declaration by June 6, 2024 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff file an opposition, Defendant may file any reply by June 13, 2024.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not oppose Defendant's motion, and the motion will likely be granted</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 29, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge