Dylan Hackett (SBN 329339)

**THE HACKETT LAW FIRM**
P.O. Box 330168
San Francisco, CA 94133
Telephone: (415) 410-9931
Email: dylanhackett@hackettfirm.com

*Attorneys for Plaintiff Chloe Anderson*

Shirley Shu, Bar No. 231407
sshu@littler.com
Nicholas Gioiello, Bar No. 318418
ngioiello@littler.com
**LITTLER MENDELSON, P.C.**
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone:
925.932.2468
Fax No.:
925.946.9809

Attorneys for Defendant
STITCH FIX, INC.

**THE HACKETT LAW FIRM**
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHLOE ANDERSON,<br>Plaintiff,<br><br>v.<br><br>STITCH FIX, INC. and DOES 1 through 10, inclusive,<br>Defendant, | **Case No. 3:24-cv-02658-TSH**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**Trial Date: None Set**<br>**Complaint Filed: March 28, 2024** |

**TO THE HONORABLE COURT:**

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

Plaintiff CHLOE ANDERSON ("Plaintiff") and Defendant STITCH FIX, INC. ("Defendant") (hereafter with the Plaintiff as the "Parties") by and through their counsel, have reached a settlement of all Plaintiff's claims and hereby enter into the stipulation below, with reference to the following background:

WHEREAS, on March 28, 2024, Plaintiff filed a lawsuit against Stitch Fix in San Francisco Superior Court.

WHEREAS, on May 2, 2024, Stitch Fix removed Claimant's state court case to the Northern District of California.

WHEREAS, on June 18, 2024, Hon. Thomas Hixson granted Stitch Fix's petition to compel this matter to arbitration, whereby Judge Hixson also directed the Parties to provide the Court with joint status updates on the arbitration proceedings every 90 days from the date of his order compelling arbitration.

WHEREAS, Plaintiff filed her Demand for Arbitration with JAMS on August 5, 2025.

WHEREAS, as of the date of this filing, the Parties have fully executed a Settlement Agreement resolving Plaintiff's claims;

THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel of record, hereby stipulate and agree that the Complaint, and all claims for relief therein, shall be dismissed in its entirety, with prejudice of this action, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED and agreed that each party to this litigation shall bear his/its own costs and attorney's fees incurred.

//

///

//

//

//

DATED: September 11, 2026, **THE HACKETT LAW FIRM**

By: *Dylan Hackett*

Dylan Hackett
*Attorneys for Plaintiff CHLOE ANDERSON*

DATED: September 11, 2026 **LITTLER MENDELSON, P.C.**

By: *Shirley Shu*

Shirley Shu
*Attorneys for Defendant STITCH FIX, INC.*

**THE HACKETT LAW FIRM**
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

**ORDER**

On September 11, 2026, the parties filed a joint stipulation dismissing the action with prejudice. In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:** September 14, 2026

**Hon. Thomas S. Hixson**